UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 16, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

JAMES RAYMOND SYKES,

                    Defendant.

Case No.  2:18-cr-0042-KJM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:     UNITED STATES MARSHAL:

          This is to authorize and direct you to release  _JAMES RAYMOND SYKES_ ,

Case No.  _2:18-cr-0042-KJM_  Charge _18 USC § 3583_ , from custody for the following

reasons:

|   | |
|---|---|
| X | Release on Personal Recognizance under same terms and conditions previously imposed as well as stipulated terms (ECF Nos. 81 and 139) |
| _____ | Bail Posted in the Sum of $ _____ |
| _____ | Unsecured Appearance Bond $ _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| _____ | (Other): |

Issued at Sacramento, California on February 16, 2021 at _9:15 am_____.

                    By:   _/s/ Carolyn K. Delaney_

                              Magistrate Judge Carolyn K. Delaney