McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RAYMOND SYKES,<br><br>Defendant. | CASE NO.  2:20-CR-00234-KJM<br>                     2:18-CR-00042-KJM<br><br>STIPULATION AND [PROPOSED] ORDER RE: RELEASE UNDER THE BAIL REFORM ACT<br><br>DATE:<br>TIME:<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION RE: RELEASE UNDER THE BAIL REFORM ACT**

The defendant, James Raymond Sykes, has been in federal custody since November 25, 2020. ECF 3, 2:20-MJ-00178-CKD. On December 16, 2020, the defendant was charged by information with felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). ECF 1, 2:20-CR-00234-KJM. At the time of his arrest, the defendant was serving a term of supervised release related to a prior federal firearms offense. *See* 2:18-CR-00042-KJM. The defendant's term of supervised release is tolled while he is in custody.

On December 25, 2020, the defendant submitted a motion for bail review. ECF 11, 2:20-CR-00234-KJM. On December 30, 2020, the parties appeared for a bail review hearing. ECF 12. At the hearing, the parties and the Court discussed whether the defendant could be released on pretrial supervision or returned to the supervision of the

probation officer. The Court raised several issues related to the proposed release plan, including whether the assigned probation officer was agreeable to continuing to supervise the defendant. Ultimately, the Court denied the motion for bail.

Subsequent to the December 30 hearing, the parties met and conferred regarding the proposed release plan. In addition, the parties contacted the assigned probation officer and discussed the proposed release plan. The assigned probation officer is not opposed to supervising the defendant should the defendant be released by the Court on the original terms of supervision. *See* Judgment, ECF 81, 2:18-CR-00042-KJM.

On January 25, 2021, the defendant entered a guilty plea to the sole charge in the information and admitted to the sole charge in the supervised release petition. ECF 20, 2:20-CR-00234-KJM. Sentencing is currently scheduled for July 12, 2021.

For the reasons set for in the defendant's motion for bail review and the reasons discussed at the December 30, 2020 bail review hearing, the parties stipulate and agree that the defendant should be released pending sentencing in this matter. The parties stipulate that, pursuant to 18 U.S.C. § 3143(a)(2)(B), the defendant has shown by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community.

By this stipulation, the parties jointly request that the Court release the defendant on the following conditions:

1. The defendant is released subject to all of the previously imposed terms and conditions of the Judgment in Case No. 2:18-CR-0042-KJM, docket number 81.
2. The defendant shall be supervised by assigned probation officer Garey White.
3. The defendant shall call the assigned probation officer within 24 hours of his release from custody.
4. The defendant shall meet with his probation officer on the first business day following his release from custody.
5. The defendant shall live with his father at 2312 Villanova Circle #6, Sacramento, California. The defendant shall not spend the night at any other

location without the prior approval of the assigned probation officer.

6. The defendant's father shall report any violations of the terms of supervised release directly to the assigned probation officer.

IT IS SO STIPULATED.

Dated: February 12, 2021                    McGREGOR W. SCOTT
                                            United States Attorney


                                            /s/ JUSTIN L. LEE
                                            JUSTIN L. LEE
                                            Assistant United States Attorney


Dated: February 12, 2021                    /s/ MICHAEL D. LONG
                                            MICHAEL D. LONG
                                            Counsel for Defendant
                                            James Sykes

STIPULATION RE: RELEASE                         3

**[PROPOSED] ORDER**

Based on the request of the parties, the Court adopts the proposed finding and orders the defendant released on the following conditions:

1. The defendant is released subject to all of the previously imposed terms and conditions of the Judgment in Case No. 2:18-CR-0042-KJM, docket number 81.
2. The defendant shall be supervised by assigned probation officer Garey White.
3. The defendant shall call the assigned probation officer within 24 hours of his release from custody.
4. The defendant shall meet with his probation officer on the first business day following his release from custody.
5. The defendant shall live with his father at 2312 Villanova Circle #6, Sacramento, California. The defendant shall not spend the night at any other location without the prior approval of the assigned probation officer.
6. The defendant's father shall report any violations of the terms of supervised release directly to the assigned probation officer.

.

IT IS SO ORDERED

Dated:  February 16, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE